# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154499(32)

SEBASTIAN KUHLGERT, Conservator of
ELISABETH OSTENDORF,
      Plaintiff-Appellee,

v

                                        SC: 154499
                                        COA: 332442
                                        Ct of Claims: 15-000047-MZ

MICHIGAN STATE UNIVERSITY and BOARD
OF TRUSTEES OF MICHIGAN STATE
UNIVERSITY,
      Defendants,
and

UNITED EDUCATORS,
      Intervening Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 23, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2017
                                       

d0117

                                         Clerk